No. 1090. SCOTT *v.* SEGARRA-SERRA. C. A. 1st Cir. Certiorari denied. *Benicio F. Sanchez* and *Felix Ochoteco, Jr.* for petitioner. *Walter L. Newsom, Jr.* for respondent.

No. 598, Misc. JOHNSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 608, Misc. NICHOLS *v.* McGEE, DIRECTOR, CALIFORNIA STATE DEPARTMENT OF CORRECTIONS, ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se. Edmund G. Brown,* Attorney General of California, and *Clarence A. Linn,* Assistant Attorney General, for respondents.

No. 679, Misc. SAUER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Loren Miller* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Robert S. Erdahl* and *Isabelle R. Cappello* for the United States.

No. 729, Misc. ALEXANDER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 811, Misc. GRAY *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM. Court of Criminal Appeals of Texas. Certiorari denied.

No. 815, Misc. CREECH *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.